In re Valdes, Maya; Baudean, Brian; Jones, Michael; Major Video; — Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, Nos. 89-KA-0451, 89-KA-0462, 89-KA-0464, 89-KA-467, 89-KA-0571; Parish of Jefferson, 24th Judicial, District Court, Div. “E”, No. 89-901; 24th Judicial District Court Div. “O”, No. 89-902; 24th Judicial District Court, Div. “M”, No. 89-904; 24th Judicial District Court, Div. “B”, No. 89-905; 24th Judicial District Court, Div. “J”, No. 89-908.
Prior report: La.App., 552 So.2d 1372.
Denied.